LUCIE LE MAIRE DURYEA, Respondent, v. OSCAR CRAFT DURYEA, Appellant.—
Order denying motion to vacate order for service of summons by publication
affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J.,
Manning, Young, Kapper and Lazansky, JJ., concur.

WILLIAM FALLON, Respondent, v. CURTIS LARKIN and PAULA LARKIN, Appel-
lants.— Judgment and order unanimously affirmed, with costs. No opinion.
Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

HENRIETTA R. GASTEIGER, Respondent, v. JOHN G. GASTEIGER, Appellant.—
Order as resettled, denying motion to reduce alimony and to vacate bond, affirmed,
with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning,
Young, Kapper and Lazansky, JJ., concur.

WOODBURY GINDELE, Respondent, v. HENRY A. GROSS ACCESSORY Co., INC.,
Appellant, and Another, Defendant.— Order changing place of trial from Dutchess
county to Westchester county reversed upon the law and the facts, with ten dollars
costs and disbursements, plaintiff's motion for such change denied, with ten dollars
costs, and appellant's motion to change the place of trial from Dutchess county
to New York county granted, with ten dollars costs. (See *Upjohn* v. *First Methodist
Episcopal Church Soc.*, 156 App. Div. 147; *Barbera* v. *Quittner*, 154 id. 322; *Loretz*
v. *Metropolitan Street R. Co.*, 34 id. 1.) Kelly, P. J., Manning, Young, Kapper
and Lazansky, JJ., concur.

ELIA GINN, Respondent, v. EVERTON REALTY CORPORATION, Appellant.—
Order granting injunction *pendente lite* modified by striking therefrom the last
clause providing that defendant file a bond to pay plaintiff damages which had
accrued by reason of defendant's wrongful acts. The learned court had no power
to compel the giving of such bond when it granted the temporary injunction.
As so modified, the order appealed from is affirmed, with ten dollars costs and dis-
bursements. The plaintiff, however, is secured by the bond given by defendant
under order for temporary stay on appeal. That bond or undertaking continues
in force. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

HERMAN GOLDSMITH, Respondent, v. HAMILTON NATIONAL BANK, Appellant.—
Judgment unanimously affirmed, with costs. No opinion. Present — Kelly,
P. J., Manning, Young, Kapper and Lazansky, JJ.

PATRICK H. GORMAN, Respondent, v. BRONXVILLE IMPROVEMENT CORPORATION,
Appellant.— Order denying motion to bring in William Archer as a party defendant
affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J.,
Manning, Young, Kapper and Lazansky, JJ., concur.

VITTORIA INGALLINO, Respondent, v. MATTEO INGALLINO, Appellant.— Order
awarding alimony and counsel fee affirmed, with ten dollars costs and disburse-
ments. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.,
concur.

In the Matter of the Petition of GEORGE A. HONNECKER, Respondent, to Deter-
mine and Enforce an Attorney's Lien in the Case of KATHRYN A. TREMAYNE PREIS,
Plaintiff, v. CARL GEORGE PREIS, Appellant.— Order and judgment entered
thereon unanimously affirmed, with costs. No opinion. We are not called upon
to decide the question of the propriety of the procedure, as no objection was taken
thereto on the hearing. Present — Kelly, P. J., Young, Kapper, Lazansky and
Hagarty, JJ.